**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 0 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**STEVE WAYNE BARTON, a.k.a.**<br>**"David House,"**<br><br>Defendant. | CRIMINAL NO. 20-1687 KWR<br><br>Counts 1, 2 and 3: 18 U.S.C. § 871:<br>Threats Against President and Successors<br>to the Presidency;<br><br>Count 4 and 5: 18 U.S.C. § 879: Threats<br>Against a Major Candidate for Office of<br>the President. |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about April 19, 2020, in San Juan County, in the District of New Mexico, the

defendant, **STEVE WAYNE BARTON**, knowingly and willfully threatened to take the life of

and to inflict bodily harm upon the President of the United States.

In violation of 18 U.S.C. § 871.

### Count 2

On or about July 23, 2020, in San Juan County, in the District of New Mexico, the

defendant, **STEVE WAYNE BARTON**, knowingly and willfully threatened to take the life of

and to inflict bodily harm upon the President of the United States.

In violation of 18 U.S.C. § 871.

### Count 3

On or about July 26, 2020, in San Juan County, in the District of New Mexico, the

defendant, **STEVE WAYNE BARTON**, knowingly and willfully threatened to take the life of

and to inflict bodily harm upon the President of the United States.

In violation of 18 U.S.C. § 871.

### Count 4

On or about April 19, 2020, in San Juan County, in the District of New Mexico, the

defendant, **STEVE WAYNE BARTON**, knowingly and willfully threatened to kill and to inflict

bodily harm upon a major candidate for the office of President of the United States.

In violation of 18 U.S.C. § 879.

### Count 5

On or about August 19, 2020, in San Juan County, in the District of New Mexico, the

defendant, **STEVE WAYNE BARTON**, knowingly and willfully threatened to kill and to inflict

bodily harm upon a major candidate for the office of President of the United States.

In violation of 18 U.S.C. § 879.

A TRUE BILL:

_____/S/_____

FOREPERSON OF THE GRAND JURY

_____

Assistant United States Attorney

9/8/2020 2:48 PM